JUDGE RAKOFF

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

THOMSON WORKS OF ART LIMITED

**SUMMONS IN A CIVIL ACTION**

V.

SALANDER O'REILLY GALLERIES LLC,
LAWRENCE B. SALANDER and JOHN DOE

CASE NUMBER:

**07 CIV 8522**

TO: (Name and address of Defendant)

Lawrence B. Salander
Salander O'Reilly Galleries LLC
22 East 71st Street
New York, New York  10021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

OCT 0 2 2007

CLERK                                                  DATE

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10-3-2007 |
| NAME OF SERVER (PRINT) Ronald Washington | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

place of business

☑ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Sarah Michelle Arnett

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-3-2007
           Date

Signature of Server: *Ronald Washington*

Address of Server: 107 W 119th St., New York, NY 10026

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.