```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THOMSON WORKS OF ART LIMITED,        :
                                     :
              Plaintiff,             :
                                     :   07 Civ. 8522 (JSR)
         -v-                         :
                                     :
SALANDER O'REILLY GALLERIES LLC and  :
LAWRENCE B. SALANDER,                :
                                     :
              Defendants.            :
-------------------------------------:
In re:                               :
                                     :   Bankr. Case No. 07-13476
SALANDER-O'REILLY GALLERIES LLC,     :         (BRL)
                                     :
              Debtor.                :
-------------------------------------:
In re:                               :
                                     :   Bankr. Case No. 07-36735
LAWRENCE B. AND JULIE SALANDER,      :         (CGM)
                                     :
              Debtors.               :         Order
-------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    Because the defendants in 07 Civ. 8522 have now respectively filed for bankruptcy (Mr. Salander) or become the subject of an involuntary bankruptcy petition (the Galleries), the proceedings in 07 Civ. 8522 are now subject to automatic stays. Nevertheless, so that the Court can make arrangements to keep fully abreast of the progress of the bankruptcy proceedings to the extent relevant to the matter before this Court, the Court will convene an in-court conference with all counsel in 07 Civ. 8522 at 2:30 p.m. on November 14, 2007. For this limited purpose only, the references of the above-captioned bankruptcy proceedings to the Bankruptcy Court are withdrawn, but only to the extent necessary to achieve this informational purpose.

SO ORDERED.

```
                                    _____
                                    JED S. RAKOFF, U.S.D.J.
```

Dated: New York, New York
       November 6, 2007