UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMSON WORKS OF ART LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>SALANDER O'REILLY GALLERIES LLC, LAWRENCE B. SALANDER and JOHN DOE,<br><br>Defendants. | Case No: 07 CV 08522 (JSR)<br><br>NOTICE OF BANKRUPTCY |

You are hereby notified of the filing of a case under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York on November 2, 2007 for LAWRENCE B. SALANDER and JULIE D. SALANDER. The Bankruptcy Case Number is 07-36735. The Chapter 11 case is now pending and pursuant to the provisions of 11 U.S.C. § 362(a) this case is therefore stayed until further order of the Bankruptcy Court. A document indicating the commencement of the above-referenced Chapter 11 case is attached hereto as <u>Exhibit A</u>.

Dated: November 7, 2007

*Richard J. Bernard*
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201