UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMSON WORKS OF ART LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>SALANDER O'REILLY GALLERIES LLC, LAWRENCE B. SALANDER and JOHN DOE,<br><br>Defendants. | Case No: 07 CV 08522 (JSR)<br><br>**CERTIFICATE OF SERVICE** |

I, Heather R. Wlodek, state under penalty of perjury that I am more than 18 years of age and not a party to this lawsuit, and that, on November 7, 2007, I caused to be served a true and correct copy of the attached Notice of Bankruptcy on the parties on the attached Service List by first class U.S. Mail.

*[signature]*
Heather R. Wlodek

- 3 -

<u>Service List</u>

Sarah Jensen, Esq.
Torys Ltd
237 Park Avenue
New York, New York 10012